Rev. 05/2024

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA

Michael Barnhill

*Plaintiff(s)*

v.

Mountain Valley Pipeline, LLC, Equitrans Midstream Corporation, and EQT Corporation

**Civil Action No.** 1:25-cv-356

*Defendant(s)/*
*Third-Party Plaintiff(s)*

v.

*Third-Party Defendant(s)*

## DISCLOSURE STATEMENT

Pursuant to F R Civ P 7.1 or F R Crim P 12.4, __EQT Corporation__ *(name of party/intervenor)* who is __Defendant__ *(type of party (plaintiff/defendant/other))* makes the following disclosure:

1. Is the party/intervenor a publicly held corporation or other publicly held entity?

   ☑ Yes   ☐ No

2. Does the party/intervenor have any parent corporations?

   ☐ Yes   ☑ No

   If yes, identify all parent corporations:

3. Is 10% or more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

☐ Yes  ☑ No

If yes, identify all such owners:

4. In a case based on diversity jurisdiction under 28 U.S.C. § 1332(a), the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor making this disclosure:

| *(individual or entity)* | *(state of citizenship)* |
|---|---|
| *(individual or entity)* | *(state of citizenship)* |
| *(individual or entity)* | *(state of citizenship)* |
| *(individual or entity)* | *(state of citizenship)* |

If there are additional individuals or entities, please provide their names and states of citizenship on a separate piece of paper.

The undersigned party understands that under F R Civ P 7.1 or F R Crim P 12.4, it will promptly file a supplemental statement upon any change in the information that this statement requires.

*Date:* June 2, 2025

*s/* Jennifer J. Hicks
*Signature of Counsel for Party*

*Name:* Jennifer J. Hicks
*State Bar No.:* 11423
*Office:* Babst Calland, P.C.
*Mailing Address:* 300 Summers Street, Suite 1000
*State/City/Zip Code:* Charleston, WV 25301
*Telephone:* (681) 205-8888
*Email:* jhicks@babstcalland.com