Rev. 05/2024

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

Michael Barnhill



*Plaintiff(s)*

v.

Mountain Valley Pipeline, LLC, Equitrans
Midstream Corporation, and EQT Corporation

**Civil Action No.** 1:25-cv-356



*Defendant(s)/*
*Third-Party Plaintiff(s)*

v.



*Third-Party Defendant(s)*


# DISCLOSURE STATEMENT

Pursuant to F R Civ P 7.1 or F R Crim P 12.4,  <u>The Midstream Company</u>

*(name of party/intervenor)*

who is  <u>Defendant</u>  makes the following disclosure:

*(type of party (plaintiff/defendant/other)*

1.   Is the party/intervenor a publicly held corporation or other publicly held entity?

☐ Yes     ☑ No

2.   Does the party/intervenor have any parent corporations?

☑ Yes     ☐ No

If yes, identify all parent corporations:

The Midstream Company LLC's indirect parent corporation is EQT Corporation, a
publicly traded corporation.

Page 1 of 2

3.  Is 10% or more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

    ☑ Yes       ☐ No

    If yes, identify all such owners:

    > See above.

4.  In a case based on diversity jurisdiction under 28 U.S.C. § 1332(a), the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor making this disclosure:

| (individual or entity) | (state of citizenship) |
|---|---|
| (individual or entity) | (state of citizenship) |
| (individual or entity) | (state of citizenship) |
| (individual or entity) | (state of citizenship) |

If there are additional individuals or entities, please provide their names and states of citizenship on a separate piece of paper.

The undersigned party understands that under F R Civ P 7.1 or F R Crim P 12.4, it will promptly file a supplemental statement upon any change in the information that this statement requires.

Date: June 3, 2025

*s/* Jennifer J. Hicks
*Signature of Counsel for Party*

Name: Jennifer J. Hicks
State Bar No.: 11423
Office: Babst Calland, P.C.
Mailing Address: 300 Summers Street, Suite 1000
State/City/Zip Code: Charleston, WV 25301
Telephone: (681) 205-8888
Email: jhicks@babstcalland.com

Page 2 of 2