# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# BLUEFIELD DIVISION

**MICHAEL BARNHILL,**

    **Plaintiff,**

**v.**                                                                  **Civil Action No. 1:25-cv-00356**

**MOUNTAIN VALLEY PIPELINE, LLC,**
a Pennsylvania limited liability company;
**EQUITRANS MIDSTREAM CORPORATION,**
a Pennsylvania corporation; and
**EQT CORPORATION,** a Pennsylvania corporation,

    **Defendants.**

## DEFENDANTS' MOTION TO DISMISS

For the reasons set forth more fully in its contemporaneously filed Memorandum of Law in support of this motion, Defendants Mountain Valley Pipeline, LLC, The Midstream Company LLC (f/k/a Equitrans Midstream Corporation), and EQT Corporation (together, unless otherwise noted, the "Defendants"), by counsel, move to dismiss Plaintiff's Complaint in its entirety under Federal Rule of Civil Procedure 12(b)(6).

                                                                **MOUNTAIN VALLEY PIPELINE, LLC,**
                                                                **THE MIDSTREAM COMPANY (F/K/A**
                                                                **EQUITRANS MIDSTREAM CORPORATION),**
                                                                **and EQT CORPORATION,**
                                                                **By Counsel**

                                                                */s/ Jennifer J. Hicks*
                                                                Jennifer J. Hicks, Esquire (WVSB #11423)
                                                               Timothy M. Miller, Esquire (WVSB #2564)
                                                               Babst, Calland, Clements & Zomnir, P.C.
                                                               300 Summers Street, Suite 1000
                                                               Charleston, WV 25301
                                                               681-205-8888
                                                               681-205-8814 (fax)
                                                               jhicks@babstcalland.com
                                                               tmiller@babstcalland.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### BLUEFIELD DIVISION

**MICHAEL BARNHILL,**

    **Plaintiff,**

**v.**

                                          **Civil Action No. 1:25-cv-00356**

**MOUNTAIN VALLEY PIPELINE, LLC,**
a Pennsylvania limited liability company;
**EQUITRANS MIDSTREAM CORPORATION,**
a Pennsylvania corporation; and
**EQT CORPORATION, a Pennsylvania corporation,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Motion to Dismiss* was electronically filed June 6, 2025, via the Court's CM/ECF system, which will send a notice of the electronic filing to the following counsel of record:

                John-Mark Atkinson, Esquire
                Natalie R. Atkinson, Esquire
                Atkinson & Frampton, PLLC
                2306 Kanawha Boulevard East
                Charleston, WV 25311
                *Counsel for Plaintiff*


                */s/ Jennifer J. Hicks*
                Jennifer J. Hicks, Esquire (WVSB #11423)