IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

**MICHAEL BARNHILL,**

    **Plaintiff,**

v.                                                   **Civil Action No. 1:25-cv-00356**

**MOUNTAIN VALLEY PIPELINE, LLC,**
a Pennsylvania limited liability company;
**EQUITRANS MIDSTREAM CORPORATION,**
a Pennsylvania corporation; and
**EQT CORPORATION, a Pennsylvania corporation,**

    **Defendants.**

## ORDER

AND NOW, this ___ day of _____, 2025, upon consideration of the Motion to Dismiss for failure to state a claim filed by Defendants Mountain Valley Pipeline, LLC, The Midstream Company LLC (f/k/a Equitrans Midstream Corporation), and EQT Corporation pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion"), it is hereby ORDERED that the Motion is GRANTED. Plaintiffs' Complaint against EQT Production Company is DISMISSED, with prejudice.

                                                           **BY THE COURT:**

                                                           _____
                                                           **United States District Judge David A. Faber**