**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION**

**MICHAEL BARNHILL,**

       **Plaintiff,**

**v.**

                                               **Civil Action No. 1:25-cv-356**

**MOUNTAIN VALLEY PIPELINE, LLC,
a Pennsylvania limited liability company;
EQUITRANS MIDSTREAM CORPORATION,
a Pennsylvania corporation; and
EQT CORPORATION, a Pennsylvania corporation,**

       **Defendants.**

**DISCLOSURE STATEMENT OF DEFENDANT
MOUNTAIN VALLEY PIPELINE, LLC PURSUANT TO Fed. R. Civ. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Mountain Valley Pipeline, LLC, makes the following disclosure:

1. Is the party a publicly held corporation or other publicly held entity?

   **No.**

2. Does the party have any parent corporations?

   **Yes.**

   If yes, identify all parent corporations.

   **Mountain Valley Pipeline, LLC - Series A is a partnership with members PipeBox LLC; US Marcellus Gas Infrastructure, LLC; Con Edison Gas Pipeline and Storage, LLC; Pipeline Holdings, LLC; RGC Midstream, LLC; and VED NPI IV, LLC.**

   **PipeBox LLC's members are EQM Midstream Partners LP and Pibb Member LLC. The ultimate parent of EQM Midstream Partners lP is EQT Corporation, a publicly traded corporation. Pibb Member LLC is managed by its sole member, Pibb Member Holdings LLC, which is controlled by funds and accounts managed or advised by controlled affiliates of Blackstone Inc., a publicly traded company.**

**US Marcellus Gas Infrastructure, LLC is an indirect subsidiary of NextEra Energy, Inc., a publicly traded company.**

**Con Edison Gas Pipeline and Storage, LCC is wholly owned by Con Edison Transmission, Inc. whose parent company, Consolidation Edison, Inc., is a publicly traded company.**

**Pipeline Holdings, LLC is wholly owned by WGSW, Inc. Alta Gas, Ltd. is the ultimate parent of Pipeline Holdings, LLC and is a publicly traded company.**

3. Is 10% or more of the stock of the party owned by a publicly held corporation or other publicly held entity?

   **Yes.**

   If yes, identify all such owners.

   **PipeBox LLC is a member of Mountain Valley Pipeline, LLC – Series A that owns 10% or more of the interest in Mountain Valley Pipeline, LLC.  PipeBox LLC's members are EQM Midstream Partners LP and Pibb Member LLC.  The ultimate parent of EQM Midstream Partners lP is EQT Corporation, a publicly traded corporation.**

   **US Marcellus Gas Infrastructure, LLC, is a member of Mountain Valley Pipeline, LLC that owns 10% or more of the interest in Mountain Valley Pipeline, LLC, and is an indirect subsidiary of NextEra Energy, Inc., a publicly traded company.**

   **Pipeline Holdings, LLC is a member of Mountain Valley Pipeline, LLC that owns 10% or more of the interest in Mountain Valley Pipeline, LLC, and is wholly owned by WGSW, Inc. Alta Gas, Ltd. is the ultimate parent of Pipeline Holdings, LLC and is a publicly traded company.**

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

**MOUNTAIN VALLEY PIPELINE, LLC, THE MIDSTREAM COMPANY (AS SUCCESSOR TO EQUITRANS MIDSTREAM CORPORATION BY MERGER) and EQT CORPORATION,**

**By Counsel**

 */s/ Jennifer J. Hicks*
Jennifer J. Hicks, Esquire (WVSB #11423)
Timothy M. Miller, Esquire (WVSB #2564)
Babst, Calland, Clements & Zomnir, P.C.
300 Summers Street, Suite 1000
Charleston, WV 25301
681-205-8888
681-205-8814 (fax)
jhicks@babstcalland.com
tmiller@babstcalland.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION**

**MICHAEL BARNHILL,**

       **Plaintiff,**

**v.**

       **Civil Action No. 1:25-cv-356**

**MOUNTAIN VALLEY PIPELINE, LLC,
a Pennsylvania limited liability company;
EQUITRANS MIDSTREAM CORPORATION,
a Pennsylvania corporation; and
EQT CORPORATION, a Pennsylvania corporation,**

       **Defendants.**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing *Disclosure Statement of Defendant Mountain Valley Pipeline, LLC Pursuant to Fed. R. Civ. P. 7.1* was electronically filed June 12, 2025, via the Court's CM/ECF system, which will send a notice of the electronic filing to the following counsel of record:

John-Mark Atkinson, Esquire
Natalie R. Atkinson, Esquire
Atkinson & Frampton, PLLC
2306 Kanawha Boulevard East
Charleston, WV 25311
*Counsel for Plaintiff*

*/s/ Jennifer J. Hicks*
Jennifer J. Hicks, Esquire (WVSB #11423)