# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# BLUEFIELD DIVISION

**MICHAEL BARNHILL,**

    **Plaintiff,**

v.

                                                                                            **Civil Action No. 1:25-cv-00356**

**MOUNTAIN VALLEY PIPELINE, LLC,**
a Pennsylvania limited liability company;
**EQUITRANS MIDSTREAM CORPORATION,**
a Pennsylvania corporation; and
**EQT CORPORATION,** a Pennsylvania corporation,

    **Defendants.**

## DEFENDANTS' MOTION TO COMPEL ARBITRATION

Defendants Mountain Valley Pipeline, LLC; The Midstream Company (f/k/a Equitrans Midstream Corporation); and EQT Corporation (collectively, "Defendants") move this Honorable Court, pursuant to the Federal Arbitration Act, 9. U.S.C. § 1, *et seq*., to compel arbitration of Plaintiff Michael Barnhill's ("Plaintiff") claim against Defendants because the claim is subject to a valid and enforceable arbitration agreement, attached as Exhibit 1 ("Arbitration Agreement"). Upon receipt of the Arbitration Agreement, counsel for Defendants demanded Plaintiff voluntarily dismiss his claim and proceed to arbitration, but Plaintiff failed to do so. *See* Email from J. Hicks to J. Atkinson and N. Atkinson, dated June 26, 2025, attached as Exhibit 2. As set forth more fully in the contemporaneously filed Memorandum in Support of Defendants' Motion to Compel Arbitration, the Arbitration Agreement is valid and encompasses the wrongful termination claim set forth in Plaintiff's Complaint.

WHEREFORE, Defendants respectfully request the Court grant this Motion; enter an Order dismissing this matter and compelling Plaintiff's claim to arbitration, or, in the alternative, staying all proceedings in this Court pending arbitration; and award any further proper relief.

**MOUNTAIN VALLEY PIPELINE, LLC,
THE MIDSTREAM COMPANY (F/K/A
EQUITRANS MIDSTREAM CORPORATION),
and EQT CORPORATION,**

**By Counsel**

*/s/ Jennifer J. Hicks*
Jennifer J. Hicks, Esquire (WVSB #11423)
Timothy M. Miller, Esquire (WVSB #2564)
Babst, Calland, Clements & Zomnir, P.C.
300 Summers Street, Suite 1000
Charleston, WV 25301
681-205-8888
681-205-8814 (fax)
jhicks@babstcalland.com
tmiller@babstcalland.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

**MICHAEL BARNHILL,**

      **Plaintiff,**

**v.**

                                 **Civil Action No. 1:25-cv-00356**

**MOUNTAIN VALLEY PIPELINE, LLC,**
a Pennsylvania limited liability company;
**EQUITRANS MIDSTREAM CORPORATION,**
a Pennsylvania corporation; and
**EQT CORPORATION, a Pennsylvania corporation,**

      **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing ***Defendants' Motion to Compel Arbitration*** was electronically filed July 1, 2025, via the Court's CM/ECF system, which will send a notice of the electronic filing to the following counsel of record:

                John-Mark Atkinson, Esquire
                Natalie R. Atkinson, Esquire
                Atkinson & Frampton, PLLC
                2306 Kanawha Boulevard East
                Charleston, WV 25311
                  *Counsel for Plaintiff*

                */s/ Jennifer J. Hicks*
                Jennifer J. Hicks, Esquire (WVSB #11423)