```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT BLUEFIELD
```

MICHAEL BARNHILL,

    Plaintiff,

v.                    CIVIL ACTION NO. 1:25-00356

MOUNTAIN VALLEY PIPELINE,
LLC., et al.,

    Defendants.

## O R D E R

The court has received and reviewed the Rule 26(f) Report filed in this case pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule of Civil Procedure 16.1(c). Accordingly, it is hereby ORDERED that the Scheduling Conference previously scheduled for 10:00 a.m., on July 30, 2025, is CANCELLED.

The Clerk is directed to send a copy of this Order to counsel of record.

IT IS SO ORDERED this 23rd day of July, 2025.

                      ENTER:

                      David A. Faber
                      Senior United States District Judge