# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# BLUEFIELD DIVISION

**MICHAEL BARNHILL,**

    **Plaintiff,**

v.                                            Civil Action No. 1:25-cv-00356

**MOUNTAIN VALLEY PIPELINE, LLC,**
a Pennsylvania limited liability company;
**EQUITRANS MIDSTREAM CORPORATION,**
a Pennsylvania corporation; and
**EQT CORPORATION,** a Pennsylvania corporation,

    **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2025, I mailed a true and correct copy of ***Defendants' Rule 26(a)(1) Initial Disclosures*** to the following counsel of record and that I electronically filed the ***Certificate of Service*** for the same via the Court's CM/ECF system, which will send a notice of the electronic filing to the following counsel of record:

> John-Mark Atkinson, Esquire
> Natalie R. Atkinson, Esquire
> Atkinson & Frampton, PLLC
> 2306 Kanawha Boulevard East
> Charleston, WV 25311
> *Counsel for Plaintiff*

                                                  */s/ Jennifer J. Hicks*
                                                  Jennifer J. Hicks, Esquire (WVSB #11423)