IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

**MICHAEL BARNHILL,**

    **Plaintiff,**

v.

                                                  **Civil Action No. 1:25-cv-00356**

**MOUNTAIN VALLEY PIPELINE, LLC,**
a Pennsylvania limited liability company;
**EQUITRANS MIDSTREAM CORPORATION,**
a Pennsylvania corporation; and
**EQT CORPORATION,** a Pennsylvania corporation,

    **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October, 2025, I mailed a true and correct copy of Defendants' ***Notice of Fault of Nonparty in Accordance with W. Va. Code § 55-7-13d(a)(2)*** to the following counsel of record and that I electronically filed the ***Certificate of Service*** for the same via the Court's CM/ECF system, which will send a notice of the electronic filing to the following counsel of record:

John-Mark Atkinson, Esquire
Natalie R. Atkinson, Esquire
Atkinson & Frampton, PLLC
2306 Kanawha Boulevard East
Charleston, WV 25311
*Counsel for Plaintiff*

                                                      */s/ Jennifer J. Hicks*
                                                      Jennifer J. Hicks, Esquire (WVSB #11423)