# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# BLUEFIELD DIVISION

**MICHAEL BARNHILL,**

    **Plaintiff,**

**v.**

                                      **Civil Action No. 1:25-cv-00356**

**MOUNTAIN VALLEY PIPELINE, LLC,**
a Pennsylvania limited liability company;
**EQUITRANS MIDSTREAM CORPORATION,**
a Pennsylvania corporation; and
**EQT CORPORATION,** a Pennsylvania corporation,

    **Defendants.**

## DEFENDANTS' REPLY IN SUPPORT OF
## MOTION TO VACATE SCHEDULING ORDER AND STAY

Defendants Mountain Valley Pipeline, LLC ("MVP"), The Midstream Company (f/k/a Equitrans Midstream Corporation) and EQT Corporation ("EQT") (collectively, unless otherwise noted, the "Defendants") filed a Motion to Vacate Scheduling Order and Stay (the "Motion") on December 30, 2026. The time to respond has passed. The Motion is now ripe for decision.

In light of Plaintiff's non-opposition and for the reasons set forth Defendants' Motion, Defendants respectfully request that the Court enter an Order vacating the current Scheduling Order and staying all deadlines pending the Court's rulings on the Motion to Remand and the Motion to Compel Arbitration.

**MOUNTAIN VALLEY PIPELINE, LLC, THE MIDSTREAM COMPANY (F/K/A EQUITRANS MIDSTREAM CORPORATION), and EQT CORPORATION,**

**By Counsel**

 */s/ Jennifer J. Hicks*
Jennifer J. Hicks, Esquire (WVSB #11423)
Timothy M. Miller, Esquire (WVSB #2564)
Babst, Calland, Clements & Zomnir, P.C.
300 Summers Street, Suite 1000
Charleston, WV 25301
681-205-8888
681-205-8814 (fax)
jhicks@babstcalland.com
tmiller@babstcalland.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

**MICHAEL BARNHILL,**

    **Plaintiff,**

**v.**                                                                  **Civil Action No. 1:25-cv-00356**

**MOUNTAIN VALLEY PIPELINE, LLC,**
a Pennsylvania limited liability company;
**EQUITRANS MIDSTREAM CORPORATION,**
a Pennsylvania corporation; and
**EQT CORPORATION, a Pennsylvania corporation,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January, 2026, I electronically filed ***Defendants' Reply In Support of Motion to Vacate Scheduling Order and Stay*** via the Court's CM/ECF system, which will send a notice of the electronic filing to the following counsel of record:

John-Mark Atkinson, Esquire
Natalie R. Atkinson, Esquire
Atkinson & Frampton, PLLC
2306 Kanawha Boulevard East
Charleston, WV 25311
*Counsel for Plaintiff*

    */s/ Jennifer J. Hicks*
    Jennifer J. Hicks, Esquire (WVSB #11423)