FILED
APR 10 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

**CHARLESTON**
Suite 2400
300 Virginia Street, East
Charleston, WV 25301

P. O. Box 2546
Charleston, WV 25329
304/347-3000

www.wvsd.uscourts.gov

**Reply to: Charleston**

**FRANK W. VOLK**
**Chief Judge**
**RORY L. PERRY II**
**Clerk Of Court**

**HUNTINGTON**
Room 101
845 Fifth Avenue
Huntington, WV 25701
304/529-5588

**BECKLEY**
Room 119
110 North Heber Street
Beckley, WV 25801
304/253-7481

**BLUEFIELD**
Room 1000
601 Federal Street
Bluefield, WV 24701
304/327-9798

April 1, 2026

Daniel Tickle, Clerk
Monroe County Courthouse
P.O. Box 350
Main Street
Union, WV 24983

Re: Barnhill v. Mountain Valley Pipeline, LLC et al; Civil Action No. 1:25-cv-00356
Your Civil Action No. 25-C-21

Dear Mr. Tickle:

The above-noted civil action has been remanded to the Circuit Court of Monroe County, West Virginia pursuant to the Remand Order entered on March 31, 2026, by Senior Judge David A. Faber.

Enclosed please find the file maintained for this case during its pendency in our Court and a certified copy of the docket sheet. Please note that a certified copy of the Remand Order is being substituted in lieu of the original.

Please acknowledge receipt of the enclosed on the copy of this letter attached.

Very truly yours,

RORY L. PERRY, CLERK OF COURT

By: s/Kerri Weese
Deputy Clerk

Receipt is hereby acknowledged of the items described herein:

Date: 4/6/26

DANIEL TICKLE, CIRCUIT COURT
OF MONROE COUNTY, WEST VIRGINIA

By: Emma Boggs
Deputy Clerk